IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR386-1 |
| | : | |
| WILLIE LEE MOORE | : | |

The United States Attorney charges:

On or about March 2, 2021, in the County of Montgomery, in the Middle District of North Carolina, WILLIE LEE MOORE did knowingly and willfully embezzle, steal, purloin, and convert to his own use money and things of value of the United States, that is, federal funding made available through the Coronavirus, Aid, Relief, and Economic Security Act in an amount of approximately $209,532; in violation of Title 18, United States Code, Sections 641 and 2.

DATED: November 4, 2025

CLIFTON T. BARRETT
United States Attorney

*Ashley E. Waid*
BY: ASHLEY E. WAID
Assistant United States Attorney